```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 16-14048-amc
Shareema M. Peterkin                                                Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2                  Date Rcvd: Mar 07, 2017
                              Form ID: 152                Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.
```
db             +Shareema M. Peterkin,    4122 East Howell Street,    Philadelphia, PA 19135-3940
13740033      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  Americredit Financial Services,    dba GM Fianncial,   POB 183853,
                Arlington, TX 76096)
13746865       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
13740035        Capital One,    P.O. Box 85617,   Richmond, VA 23276-0001
13740036        Department of Education/NELNET,    Mohela,   PO Box 740283,    Atlanta, GA 30374-0283
13740039       +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13740040       +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C Derry St.,
                Harrisburg, PA 17111-5287
13750396       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13740042       #+Santander Consumer USA,    8585 N. Stemmons Fwy,    Suite 1000,    Dallas, TX 75247-3822
13804285       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    PHFA Loan Servicing Division,
                211 North Front Street,    Harrisburg, PA 17101-1466
13740043       +US Bank, N.A.,    Trustee for PA Housing Finance Agency,    211 N. Front Street,    POB 15057,
                Harrisburg, PA 17105-5057
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 08 2017 02:55:50     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2017 02:55:17
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 08 2017 02:55:32     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13740034       +E-mail/Text: bnc@atlasacq.com Mar 08 2017 02:54:47     Atlas Acquisition,    294 Union St.,
                Hackensack, NJ 07601-4303
13758102       +E-mail/Text: bnc@atlasacq.com Mar 08 2017 02:54:47     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
13831360       +E-mail/Text: bankruptcy@phila.gov Mar 08 2017 02:55:50
                CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13813022       +E-mail/Text: bankruptcynotices@devry.edu Mar 08 2017 02:55:52     DeVry Education Group,
                814 Commerce Drive,    Oak Brook IL 60523-1965
13740037        E-mail/Text: cio.bncmail@irs.gov Mar 08 2017 02:54:50     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13740038        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 08 2017 02:55:26     Jefferson Capital Systems,
                PO Box 7999,   Saint Cloud, MN 56302-9617
13774786       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 08 2017 02:54:52     PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13795477       +E-mail/Text: equiles@philapark.org Mar 08 2017 02:55:58     Philadelphia Parking Authority,
                701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13740041       +E-mail/Text: bankruptcy@rentacenter.com Mar 08 2017 02:56:09     Rent A Center,
                501 S. 69th Street,    Upper Darby, PA 19082-4232
13767717       +E-mail/Text: electronicbkydocs@nelnet.net Mar 08 2017 02:55:21
                U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13822561*      +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
                                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Virginia                Page 2 of 2                   Date Rcvd: Mar 07, 2017
                              Form ID: 152                  Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
              ZACHARY   PERLICK    on behalf of Debtor Shareema M. Peterkin Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Shareema M. Peterkin
    Debtor(s)

Case No: 16−14048−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 4/11/17 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

37
Form 152