# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-14048-AMC

SHAREEMA M. PETERKIN

4122 EAST HOWELL STREET

PHILADELPHIA, PA 19135

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SHAREEMA M. PETERKIN

    4122 EAST HOWELL STREET

    PHILADELPHIA, PA 19135

**Counsel for debtor(s), by electronic notice only.**
    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 4/12/2017

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee