UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   SHAREEMA PETERKIN            :     Chapter 13
                                      :
                                      :
         Debtor                       :     Bankruptcy No. 16-14048AMC

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Zachary Perlick, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on May 30, 2017, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on June 27, 2017 at 11:00 a.m. in Bankruptcy Courtroom No. 2, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before June 2, 2017.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA 19102

      Shareema Peterkin
      4122 E. Howell St.
      Philadelphia, PA 19135

      William C. Miller, Esquire
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107