**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:         SHAREEMA PETERKIN             : CHAPTER 13
                                             :
                                             :
              DEBTOR                         : BANKRUPTCY NO. 16-14048AMC

CERTIFICATION OF SERVICE

I hereby certify that true and correct copies of the Order Dismissing Chapter 13 Case has been served upon the Debtor, Trustee and all creditors on June 2, 2017 by regular first class mail or electronic mail.

BY:   /Zachary Perlick/
      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19107
      (215) 569-2922