United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14048-amc
Shareema M. Peterkin                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2              Date Rcvd: May 31, 2017
                             Form ID: pdf900          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
db           +Shareema M. Peterkin,    4122 East Howell Street,    Philadelphia, PA 19135-3940
cr           +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
               Harrisburg, PA 17102-2305
cr           +Santander Consumer USA, Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13740033     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services,    dba GM Fianncial,    POB 183853,
               Arlington, TX 76096)
13746865     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
13740035      Capital One,   P.O. Box 85617,   Richmond, VA 23276-0001
13740036      Department of Education/NELNET,    Mohela,   PO Box 740283,    Atlanta, GA 30374-0283
13740039     +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13740040     +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C Derry St.,
               Harrisburg, PA 17111-5287
13750396     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13804285     +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    PHFA Loan Servicing Division,
               211 North Front Street,    Harrisburg, PA 17101-1466
13740043     +US Bank, N.A.,   Trustee for PA Housing Finance Agency,    211 N. Front Street,    POB 15057,
               Harrisburg, PA 17105-5057
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jun 01 2017 01:19:18    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2017 01:18:51
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2017 01:19:13    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13740034     +E-mail/Text: bnc@atlasacq.com Jun 01 2017 01:18:41    Atlas Acquisition,    294 Union St.,
               Hackensack, NJ 07601-4303
13758102     +E-mail/Text: bnc@atlasacq.com Jun 01 2017 01:18:41    Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
13831360     +E-mail/Text: bankruptcy@phila.gov Jun 01 2017 01:19:18
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13813022     +E-mail/Text: bankruptcynotices@devry.edu Jun 01 2017 01:19:29    DeVry Education Group,
               814 Commerce Drive,    Oak Brook IL 60523-1965
13740037      E-mail/Text: cio.bncmail@irs.gov Jun 01 2017 01:18:43    Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
13740038      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 01 2017 01:19:10    Jefferson Capital Systems,
               PO Box 7999,   Saint Cloud, MN 56302-9617
13774786     +E-mail/Text: bankruptcygroup@peco-energy.com Jun 01 2017 01:18:45    PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13795477     +E-mail/Text: equiles@philapark.org Jun 01 2017 01:19:34    Philadelphia Parking Authority,
               701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13740041     +E-mail/Text: bankruptcy@rentacenter.com Jun 01 2017 01:19:36    Rent A Center,
               501 S. 69th Street,    Upper Darby, PA 19082-4232
13767717     +E-mail/Text: electronicbkydocs@nelnet.net Jun 01 2017 01:19:06
               U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
cr*          +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
13822561*    +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
13740042     ##+Santander Consumer USA,    8585 N. Stemmons Fwy,    Suite 1000,   Dallas, TX 75247-3822
                                                                                    TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: PaulP              Page 2 of 2             Date Rcvd: May 31, 2017
                              Form ID: pdf900          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:

```
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com
          THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA, Inc.
           mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
          ZACHARY  PERLICK    on behalf of Debtor Shareema M. Peterkin Perlick@verizon.net,
           pireland1@verizon.net
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | SHAREEMA PETERKIN | : | Chapter 13 |
| | | : | |
| | | : | |
| | Debtor | : | Bankruptcy No. 16-14048AMC |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Zachary Perlick, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on May 30, 2017, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on June 27, 2017 at 11:00 a.m. in Bankruptcy Courtroom No. 2, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before June 2, 2017.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Shareema Peterkin
4122 E. Howell St.
Philadelphia, PA 19135

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107